CD/IL PROB 12B
(Rev. 3/99)

# United States District Court

for

**CENTRAL DISTRICT OF ILLINOIS**

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| **NAME/ADDRESS OF OFFENDER:** | Leland H. Groves    **CASE NUMBER:** 00-20010-001 |
| | Danville, IL 61832 |
| **SENTENCING JUDICIAL OFFICER:** | Michael P. McCuskey<br>Chief U.S. District Judge |
| **DATE OF ORIGINAL SENTENCE:** | August 25, 2000 |
| **ORIGINAL OFFENSE:** | Distribution of Cocaine |
| **ORIGINAL SENTENCE:** | 60 months Bureau of Prisons followed by a 5-year term of supervised release. Special conditions include: 1) No alcohol/drugs and participate in substance abuse testing and treatment; 2) Job training; 3) No weapons; and 4) Obtain G.E.D. |
| **TYPE OF SUPERVISION:** | Supervised Release |
| **DATE SUPERVISION COMMENCED:** | January 2, 2004 |

**PETITIONING THE COURT**

[ ]  To extend the term of supervision for years, for a total term of years.
[X]  To modify the conditions of supervision as follows by adding special condition #5:

(5) You shall serve up to 60 days in home confinement during your term of supervision. The home confinement will start as soon as possible.

**Curfew:** You shall sign the rules of home confinement/electronic monitoring (EM) and comply with the conditions of home confinement. During this time, you will remain at your place of residence between 9:00 p.m. and 6:00 am. You shall wear an EM device and you shall pay the cost of this program as directed by your probation officer.

**Re: Groves, Leland H.**

## CAUSE

On September 7, 2006, offender Groves pleaded guilty and was convicted of Driving Under the Influence (DUI) of Alcohol in Vermilion County Circuit Court, Case #06-DT-00159. He was sentenced to 24 months court supervision.

On August 25, 2006, offender Groves obtained a DUI evaluation. He completed the recommended substance abuse treatment on February 20, 2007. In addition, his personal contacts with this officer were increased.

To address offender Groves' violation, Assistant U.S. Attorney Eugene L. Miller and I agree that up to 60 days electronic monitoring is appropriate. Offender Groves has agreed to a modification of his conditions of supervised release. He signed Probation Form 49, Waiver of Hearing, which is attached.

                                          Respectfully submitted,

                                        *s/Gwen M. White*
                                        Gwen M. White
                                        U.S. Probation Officer
                                        Date: March 28, 2007

GMW:jan

---

THE COURT ORDERS:

[   ] No Action
[   ] The Extension of Supervision as Noted Above
[ X ] The Modification of Conditions as Noted Above
[   ] Other

                                        s/Michael P. McCuskey
                                        _____
                                        Michael P. McCuskey
                                        U.S. District Judge
                                        Date: March 29, 2007