PROB 49
(3/89)

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
# for the
# Central District of Illinois

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

(5)    You shall serve up to 60 days in home confinement during your term of supervision.  The home confinement will start as soon as possible.

      **Curfew:** You shall sign the rules of home confinement/electronic monitoring (EM) and comply with the conditions of home confinement.  During this time, you will remain at your place of residence between 9:00 p.m. and 6:00 am.  You shall wear an EM device and you shall pay the cost of this program as directed by your probation officer.

Witness:    *s/Gwen M. White*       Signed:    *s/Leland H. Groves*
               Gwen M. White                      Leland H. Groves
               U.S. Probation Officer          Supervised Release